1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  AMANDA BECK (CABN 287767)
   Special Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3680
         Facsimile:  (510) 637-3724
7        E-Mail: amanda.beck@usdoj.gov

8  Attorneys for the United States of America

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                   OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. CR 4-14-70396 MAG
                                         )
14 |        Plaintiff,                   ) **STIPULATION AND [PROPOSED] ORDER TO**
                                         ) **WAIVE DETENTION HEARING, CONTINUE**
15 |        v.                           ) **APPEARANCE, AND EXCLUDE TIME**
                                         )
16 | TOMMY LEONARD,                      )
                                         )
17 |        Defendant.                   )
                                         )
18 |                                     )

19         On April 18, 2014, the defendant appeared for status before U.S. Magistrate Judge Kandis A.

20  Westmore. The defendant, who is charged by complaint with violating 18 U.S.C. § 922(g)(1), being a

21  felon in possession of a firearm, waived his rights to detention and preliminary hearings. The parties

22  agreed to reappear before U.S. Magistrate Judge Donna M. Ryu on Friday, May 9, 2014 for arraignment.

23         The parties have since conferred. The defense counsel is still reviewing discovery in the case.

24  She has requested additional documents that might assist her investigation and expects that it will take at

25  least two more weeks for that information to arrive. Defense counsel will also be out of town for part of

26  the last week of May. Given this and the posture of the case, the parties jointly request that their next

27  appearance be continued until Tuesday, June 3, 2014, when they expect the defendant might be

28  arraigned on an indictment. The defendant continues to waive his right to a detention hearing through

this time.  The parties also jointly request that time be excluded on the basis of the effective preparation and continuity of defense counsel.

Therefore, with the agreement of the parties and – through his counsel – with the consent of the defendant, the Court enters this order documenting the defendant's waiver of a detention hearing, the continuation of his next appearance, and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 9, 2014 to June 3, 2014.  The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently in custody.

2. Through his counsel, the defendant agrees to an exclusion of time under the Speedy Trial Act from May 9, 2014 to June 3, 2014.  This exclusion will allow defense counsel to effectively prepare and to research legal issues pertaining to the case.  It will also allow for continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice are served by excluding the period from May 9, 2014 to June 3, 2014 and that this outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5. Accordingly and, through his counsel, with the consent of the defendant, the Court orders that the period from May 9, 2014 to June 3, 2014 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(b), 3161(h)(7)(A), & 3161(h)(7)(B)(iv).  The court further orders that the parties'

//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 4-14-70396 MAG                                            2

May 9, 2014 appearance be continued until June 3, 2014, at which time the parties will appear for arraignment.

    IT IS SO STIPULATED.

DATED: May 8, 2014            /s/
                                              ELLEN V. LEONIDA
                                              Counsel for Tommy Leonard

DATED: May 8, 2014            /s/
                                              AMANDA BECK
                                              Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: 5/8/14                                                    
                                              HON. DONNA M. RYU
                                              United States Magistrate Judge