MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AMANDA BECK (CABN 287767)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: amanda.beck@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:14-CR-00294 JST |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
|     v. | |
| TOMMY LEONARD, | |
|     Defendant. | |

    On June 20, 2014, the parties made their first appearance before U.S. District Judge Jon S. Tigar. At that time, the parties informed the court that they were still investigating the case. In particular, the government had recently produced another batch of discovery to the defense, and the defense had requested an opportunity to view the evidence seized at the time of the defendant's arrest. Given the status of the case, the parties agreed to exclude time until their next appearance on Friday, July 11, 2014. This time exclusion is necessary for the effective preparation of defense counsel.

    Therefore, with the agreement of the parties and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 20, 2014 until July 11, 2014. The parties agree and the Court finds and holds as follows:

    1. The defendant is currently in custody.

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 14-294 JST    1

1    2. Through his counsel, the defendant agrees to an exclusion of time under the Speedy Trial Act
2  from June 20, 2014 until July 11, 2014.  This exclusion will allow defense counsel to effectively prepare
3  and to research legal issues pertaining to the case.
4    3. Counsel for the defense believes that the exclusion of time is in her client's best interest.
5    4. Given these circumstances, the Court finds that the ends of justice are served by excluding the
6  period from June 20, 2014 until July 11, 2104 and that this outweighs the best interests of the public and
7  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
8    5. Accordingly and, through his counsel, with the consent of the defendant, the Court orders that
9  the period from June 20, 2014 until July 11, 2014 shall be excluded from Speedy Trial Act calculations
10 under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 3, 2014

/s/
ELLEN LEONIDA
Counsel for Tommy Leonard

DATED: July 3, 2014

/s/
AMANDA BECK
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:  July 8, 2014

HON. JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 14-294 JST                                                       2