STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
TOMMY LEONARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>V.<br><br>TOMMY LEONARD,<br><br>DEFENDANT. | CR 14-00294 JST-1<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of July 11, 2014 presently scheduled at 1:30 p.m., before the Honorable Jon S. Tigar, be vacated and re-set for September 5, 2014 at 9:30 a.m.

The requested continuance is necessary because defense counsel is conducting ongoing investigation. Additionally, the parties were unable to arrange for an evidence view until July 14, 2014. Finally, defense counsel will be out of state and unavailable between July 18 and July 28, 2014 and government counsel will be unavailable from July 28 to August 1, 2014.

The parties agree and stipulate that the time until September 5, 2014 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the

CR 14-294 JST
Stip. to Continuance; [Proposed] Order

1

1  defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's

2  preparation efforts and to afford Mr. Leonard and the government continuity of counsel.

3  DATED: July 8, 2014                              /S/
                                                   ELLEN V. LEONIDA
4                                                  Assistant Federal Public Defender
                                                   Counsel for Defendant TOMMY LEONARD
5

6  DATED: July 8, 2014                              /S/
                                                   AMANDA BECK
7                                                  Special Assistant United States Attorney

8

9                                    **ORDER**

10     The court finds that the ends of justice served by the granting of the continuance outweigh

11 the best interests of the public and the defendant in a speedy and public trial. The continuance is

12 necessary to accommodate counsel's preparation efforts and to afford Mr. Leonard and the

13 government continuity of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the

14 above-captioned matter is continued to September 5, 2014 at 9:30 a.m., before the Honorable Jon S.

15 Tigar.  Time is excluded until September 5, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18

16 U.S.C. §3161(h)(7)(B)(iv).

17     IT IS SO ORDERED.

18 DATED: July 8, 2014
                                                   _____
19                                                 HON. JON S. TIGAR
                                                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25 CR 14-294 JST
   Stip. to Continuance; [Proposed] Order
                                            2