MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AMANDA BECK (CABN 287767)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: amanda.beck@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-CR-294 JST |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
|     v. | |
| TOMMY LEONARD, | |
|     Defendant. | |

    On September 12, 2014, the parties made their third appearance before U.S. District Judge Jon S. Tigar.  At that time, defense counsel said that her client intended to accept the government's plea offer. The case was calendared for change of plea on October 10, 2014.  Defense counsel also said that she was still waiting to receive some records relating to the case.  Therefore, she requested an exclusion of time for effective preparation of counsel.  The government agreed to this exclusion.

    Therefore, with the agreement of the parties and – through his attorney – with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 12, 2014 until October 10, 2014.  The parties agree and the Court finds and holds as follows:

    1.  The defendant is currently in custody.

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 14-294 JST                                   1

2. Through his counsel, the defendant agrees to an exclusion of time under the Speedy Trial Act from September 12, 2014 until October 10, 2014. This exclusion will allow defense counsel to effectively prepare and to research legal issues pertaining to the case.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice are served by excluding the period from September 12, 2014 until October 10, 2014 and that this outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly and, through his counsel, with the consent of the defendant, the Court orders that the period from September 12, 2014 until October 10, 2014 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 12, 2014

/s/
ELLEN LEONIDA
Counsel for Tommy Leonard

DATED: September 12, 2014

/s/
AMANDA BECK
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 15, 2014

HON. JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 14-294 JST                                2