1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  AMANDA BECK (CABN 287767)
   Special Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3680
         Facsimile:  (510) 637-3724
7        E-Mail: amanda.beck@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 14-CR-294 JST |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| v. | ) ) | |
| TOMMY LEONARD, | ) ) | |
| Defendant. | ) ) ) | |

On September 5, 2014, the parties made their second appearance before U.S. District Judge Jon S. Tigar. At that time, the defendant requested new counsel. Judge Tigar sealed the courtroom and spoke with the defense about this issue. Afterward, he re-opened the courtroom and said that Ms. Leonida would remain defense counsel. The parties agreed to return on September 12, 2014 for another status appearance, and the government agreed to hold its plea offer – originally scheduled to expire on September 5 – open until that day. The government also announced that it had recently produced some discovery and expected to produce another batch to the defense that day. Given this, the parties agreed to exclude time until their next appearance. This time exclusion is necessary for the effective preparation of defense counsel.

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 14-294 JST                                          1

Therefore, with the agreement of the parties and – through his attorney – with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 5, 2014 until September 12, 2014. The parties agree and the Court finds and holds as follows:

1. The defendant is currently in custody.

2. Through his counsel, the defendant agrees to an exclusion of time under the Speedy Trial Act from September 5, 2014 until September 12, 2014. This exclusion will allow defense counsel to effectively prepare and to research legal issues pertaining to the case.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice are served by excluding the period from September 5, 2014 until September 12, 2014 and that this outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly and, through his counsel, with the consent of the defendant, the Court orders that the period from September 5, 2014 until September 12, 2014 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 5, 2014        /s/
                                ELLEN LEONIDA
                                Counsel for Tommy Leonard

DATED: September 5, 2014        /s/
                                AMANDA BECK
                                Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:  September 16, 2014      _____
                                HON. JON S. TIGAR
                                United States District Judge