STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
TOMMY LEONARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 14-294 JST |
|---|---|
| PLAINTIFF, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| V. | |
| TOMMY LEONARD, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date of January 23, 2015 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for March 13, 2015 at 9:30 a.m.

The requested continuance is necessary because defense counsel has obtained records from Child Protective Services relevant to sentencing, but the agency will not allow counsel to disseminate the records without filing additional motions in the state court. That motion has been filed and counsel is awaiting the state court's permission to use Mr. Leonard's records. Probation is aware of this request and is available on March 13, 2015.

CR 14-294 JST
Stip. to Continuance; [Proposed] Order

| | | |
|---|---|---|
| 1 | DATED: January 8, 2015 | /S/ |
| 2 | | ELLEN V. LEONIDA |
| | | Assistant Federal Public Defender |
| 3 | | Counsel for Defendant TOMMY LEONARD |
| 4 | DATED: January 8, 2015 | /S/ |
| 5 | | GARTH HIRE |
| | | Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 13, 2015 at 9:30 a.m., before the Honorable Jon S. Tigar for sentencing.

IT IS SO ORDERED.

DATED: January 8, 2015

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar

CR 14-294 JST
Stip. to Continuance; [Proposed] Order

2